**R. DUANE FRIZELL, ESQ.**
Nevada Bar No. 9807
**FRIZELL LAW FIRM**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014
Office (702) 657-6000
Fax (702) 657-0065
DFrizell@FrizellLaw.com
*Current Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NUNEZ RUIZ, an Individual; and TERESA LYNN RUIZ, an Individual, <br><br> Plaintiffs, <br> vs. <br><br> STEWART TITLE GUARANTY COMPANY, a Texas Corporation; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10, <br><br> Defendants. | CASE NO: 2:17-cv-00944-RFB-CWH |

## **EXPEDITED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

R. DUANE FRIZELL, ESQ. of the law firm FRIZELL LAW FIRM now files this Expedited Motion to Withdraw as Counsel for Plaintiffs. In this connection, counsel moves this Honorable Court for an order allowing him and his firm to withdraw as counsel of record for Plaintiffs ROBERT NUNEZ RUIZ and TERESA LYNN RUIZ. In support of this Motion, counsel would show the Court as follows:

## **POINTS AND AUTHORITIES**

Local Rule IA 10-6(b) provides that, "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel." In this matter, attorney R. Duane Frizell, Esq. and his respective law firm are seeking permission from this Court to withdraw as counsel for the Plaintiffs.

Counsel is seeking to withdraw because Plaintiffs and counsel have mutually and amicably agreed to end their attorney-client relationship. Plaintiffs have instructed counsel to take no further action in this matter whatsoever. Counsel has provided Plaintiffs with a copy of the Court's most recent scheduling order and explained the deadlines set forth therein. (*See*

1

1  Stipulation and Order to Extend Discovery Deadlines (Second Request) (filed Dec. 28, 2017)
2  [Doc. 16]).

3  Plaintiffs have been informed that counsel will be filing this Motion, and they have
4  consented to it. Plaintiffs have further consented, in connection with this case, that their contact
5  information be disclosed as follows:

>    ROBERT RUIZ
>    buckydad@gmail.com
>    TERESA RUIZ
>    680 Ventana Cir.
>    Mesquite, NV 89027
>    Phone: 808-896-7289

Plaintiffs have also consented that, going forward, the above information may be used for contacting them and serving them with pleadings and papers in this action.

WHEREFORE, R. DUANE FRIZELL, ESQ., and the FRIZELL LAW FIRM request the Court as follows:

1. to grant their Expedited Motion to Withdraw as Counsel for Plaintiffs;
2. to consider this Motion on an expedited basis;
3. to grant them leave to withdraw and to issue an order allowing them to withdraw as attorneys of record for Plaintiffs; and
4. to grant them all such other relief to which they may be entitled at law or in equity.

DATED: *January 11, 2018*.

**FRIZELL LAW FIRM**

By: ___/s/ R. Duane Frizell___
R. DUANE FRIZELL, ESQ.
Nevada Bar No. 9807
*Current Attorney for Plaintiffs*

IT IS ORDERED that R. Duane Frizell's Expedited Motion to Withdraw as Counsel for Plaintiffs (ECF No. 17) is GRANTED. IT IS FURTHER ORDERED that Mr. Frizell must serve a copy of this order on plaintiffs and file proof of that service by 1/19/2018. IT IS FURTHER ORDERED that the clerk of court must update the docket with plaintiffs' contact information as stated on page 2 of ECF No. 17.

DATED: January 12, 2018

_____
UNITED STATES MAGISTRATE JUDGE

## **VERIFICATION BY DECLARATION**

I, R. DUANE FRIZELL, ESQ., hereby declare as follows: I am and have been the attorney for the Plaintiffs in this action since its inception, and therefore have personal knowledge of the proceedings in this action since that time; I am over 18 years old, have never been convicted of a felony, and am fully competent to make this Declaration; I am making this Declaration upon my personal knowledge, to the best of my recollection; all of the factual statements set forth in the foregoing EXPEDITED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS are true and correct, to the best of my recollection; I make this Declaration under the penalty of perjury of the laws of the United States and the State of Nevada; and I make this Declaration in Henderson, Nevada.

__/s/ R. Duane Frizell_____          *January 11, 2018*
R. DUANE FRIZELL, ESQ.                          Date

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States and am employed in Clark County, Nevada, where this mailing occurs. I am over the age of eighteen years and not a party to the within entitled action; my business address is 400 N. Stephanie St. Suite 265, Henderson, Nevada 89014.

On *January 11, 2018*, I served the foregoing document(s) described as ***EXPEDITED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS***, together with any and all exhibits and other attachments, on interested party(ies) in this action as follows:

| | |
|---|---|
| DOUGLAS D. GERRARD, ESQ.* | ROBERT RUIZ** |
| JOHN M. LANGEVELD, ESQ.* | buckydad@gmail.com |
| GERRARD, COX & LARSEN | TERESA RUIZ |
| 2450 St. Rose Parkway, Suite 200 | 680 Ventana Cir. |
| Henderson, Nevada 89074 | Mesquite, NV 89027 |
| *Attorneys for Defendants* | Phone: 808-896-7289 |
| | *Plaintiffs* |

__**X**__ **BY REGULAR U.S. MAIL:** For all those above, I served a true copy, together with any and all exhibits and other attachments, by U.S. Mail in a sealed envelope with first-class postage fully pre-paid addressed to the designated recipients of said document(s) as provided under Federal Rules of Civil Procedure.

__**X**__ **BY ELECTRONIC SERVICE:** To the individuals marked with a single asterisk (*) above, I also served a true copy electronically, together with any all exhibits and other attachments, on designated recipients via the Court's CM/ECF electronic filing system as provided under Federal Rules of Civil Procedure and local rules and orders.

__**X**__ **BY ELECTRONIC MAIL:** To the individuals marked with a double asterisk (**) above, I also served a true copy, together with any and all exhibits and attachments, via electronic mail by attaching same and sending them to recipient(s) identified above at the listed email address(es).

                                         /s/ Aiqin Niu
                                         AIQIN NIU
                                         An Employee of Frizell Law Firm